1  KILPATRICK TOWNSEND & STOCKTON LLP
   HOLLY GAUDREAU (State Bar No. 209114)
2  hgaudreau@kilpatricktownsend.com
   Eighth Floor, Two Embarcadero Center
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:   (415) 576-0300

5  Attorneys for Defendant and Third Party Plaintiff
   ENGINEERED WALL SYSTEMS, INC.
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12  PERFORMANCE CONTRACTING, INC., | Case No. 3:15-cv-05245-RS |
|---|---|
| 13               Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FILED BY THIRD PARTY DEFENDANT TOP NOTCH COLLISION, LLC** |
| 14       v. | |
| 15  ENGINEERED WALL SYSTEMS, INC., and DOES 1 to 100, inclusive, | |
| 16               Defendants, | **[CIVIL LOCAL RULE 6-2]** |
| 17       v. | |
| 18  TOP NOTCH COLLISION, LLC, | Date:       March 3, 2016<br>Time:       1:30 p.m.<br>Judge:      Honorable Richard Seeborg<br>Courtroom: 3, 17th Floor |
| 19               Third-Party Defendant. | |

21

22       Pursuant to Local Rule 6-2, Defendant and Third Party Plaintiff Engineered Wall

23  Systems, Inc. ("EWS") and Third Party Defendant Top Notch Collision, LLC ("Top Notch"),

24  by and through their counsel of record, hereby stipulate as follows:

25       WHEREAS, on November 24, 2015, EWS filed a Third Party Complaint against Top

26  Notch;

27       WHEREAS, Top Notch's response to the Third Party Complaint was due on

28  December 24, 2015;

STIP. & PROPOSED ORDER RE EXTENSION OF TIME TO RESPOND
TO TOP NOTCH MOTION TO DISMISS – Case No. 3:15-cv-05245-RS                    - 1 -

WHEREAS, EWS granted Top Notch an extension of time to respond to the Third Party Complaint, up to and including January 21, 2016;

WHEREAS, on January 21, 2016, Top Notch filed a Motion to Dismiss the Third Party Complaint with the hearing noticed for March 3, 2016;

WHEREAS, EWS' response to the Motion to Dismiss is currently due on February 4, 2016;

WHEREAS, lead counsel for EWS is in the process of transitioning to a different law firm;

WHEREAS, Top Notch has agreed to a one-week extension of time for EWS to respond to the Motion to Dismiss, up to and including February 11, 2016;

WHEREAS, the requested extension will not alter any other deadline or event already set by the Court.

THEREFORE, the parties agree that EWS' response to the Motion to Dismiss shall be due on February 11, 2016.

IT IS SO STIPULATED.

DATED: February 4, 2016                    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: _____/s/ *Holly Gaudreau*_____
              Holly Gaudreau

Attorneys for Defendant and Third Party Plaintiff
ENGINEERED WALL SYSTEMS, INC.



LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____/s/ *Jonathan G. Kepko*_____
              Jonathan G. Kepko

Attorneys for Third Party Defendant
TOP NOTCH COLLISION, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  2/5/16

_____
Richard Seeborg
United States District Judge

**ATTESTATION OF CONCURRENCE**

Pursuant to Local Rule 5-1(i), I hereby attest that Jonathan G. Kepco, counsel of record for Third Party Defendant Top Notch Collision, LLC, has concurred in this filing.

_____ /s/ *Holly Gaudreau* _____
Holly Gaudreau