United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE CONTRACTING, INC., <br> Plaintiff, <br> v. <br> ENGINEERED WALL SYSTEMS, INC., <br> Defendant, <br><br> TOP NOTCH COLLISION, LLC, <br> Third-Party Defendant. | Case No. 15-cv-05245-RS <br><br> **ORDER DENYING MOTION TO DISMISS THIRD-PARTY COMPLAINT** |

Third-party defendant Top Notch Collision, LLC, filed a motion to dismiss defendant Engineered Wall Systems, Inc.'s ("EWS") third-party complaint. In lieu of filing an opposition to the motion to dismiss, EWS filed a first amended third-party complaint. *See* Fed. R. Civ. P. 15(1)(B). EWS's motion to dismiss the complaint is therefore denied without any prejudice to its ability to challenge the sufficiency of the first amended complaint.

**IT IS SO ORDERED**.

Dated: February 12, 2016

_____
RICHARD SEEBORG
United States District Judge