1  KILPATRICK TOWNSEND & STOCKTON LLP
   HOLLY GAUDREAU (State Bar No. 209114)
2  hgaudreau@kilpatricktownsend.com
   Eighth Floor, Two Embarcadero Center
3  San Francisco, CA  94111
   Telephone:   415 576 0200
4  Facsimile:   415 576 0300

5  JONES WALKER, LLP
   CHAD V. THERIOT (*Admitted Pro Hac Vice*)
6  ctheriot@joneswalker.com
   1360 Peachtree Street, NE
7  Suite 1030
   Atlanta, Georgia 30309
8  Telephone: 404 870 7500
   Facsimile: 404 870 7515
9
   Attorneys for Defendant
10 ENGINEERED WALL SYSTEMS, INC.

11

12                          **UNITED STATES DISTRICT COURT**

13                          **NORTHERN DISTRICT OF CALIFORNIA**

14                                **SAN FRANCISCO DIVISION**

15 | PERFORMANCE CONTRACTING, INC., | Case No. 3:15-cv-05245-RS |
16 | Plaintiff, | |
17 | v. | **STIPULATION OF VOLUNTARY DISMISSAL OF COUNT ONE OF ENGINEERED WALLS SYSTEMS, INC.'S FIRST AMENDED THIRD PARTY COMPLAINT PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER** |
18 | ENGINEERED WALL SYSTEMS, INC., and DOES 1 to 100, inclusive, | |
19 | | |
20 | Defendants, | |
21 | v. | |
22 | TOP NOTCH COLLISION, LLC, | |
23 | Third Party Defendant. | |

---

1

STIPULATION OF VOLUNTARY DISMISSAL OF COUNT ONE AND [PROPOSED]
ORDER - Case No. 3:15-cv-05245-RS

1    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that Third Party Plaintiff, Engineered Wall Systems, Inc. ("EWS"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, voluntarily dismisses without prejudice, Count One (Express Indemnification) of EWS' First Amended Third Party Complaint (Doc. 26) against defendant Top Notch Collision, LLC.   The parties further stipulate that Third Party Defendant, Top Notch Collision, LLC shall have until March 21, 2016 to file its responsive pleading to the First Amended Third Party Complaint.

                                                Respectfully submitted,

DATED:  March 1, 2016          */s/ Holly Gaudreau*
                                                HOLLY GAUDREAU (State Bar No. 209114)
                                                KILPATRICK TOWNSEND & STOCKTON LLP
                                                hgaudreau@kilpatricktownsend.com
                                                Eighth Floor, Two Embarcadero Center
                                                San Francisco, CA  94111
                                                Telephone:    415 576 0200
                                                Facsimile:    415 576 0300

                                                JONES WALKER, LLP
                                                CHAD V. THERIOT (*Admitted Pro Hac Vice*)
                                                ctheriot@joneswalker.com
                                                1360 Peachtree Street, NE, Suite 1030
                                                Atlanta, Georgia 30309
                                                Telephone: 404 870 7500
                                                Facsimile: 404 870 7515

                                                Attorneys for Third Party Plaintiff
                                                ENGINEERED WALL SYSTEMS, INC.

DATED:  March 1, 2016          */s/ Jonathan Kepko*
                                                Christopher J. Nevis
                                                Jonathan G. Kepko
                                                Lewis Brisbois Bisgaard & Smith, LLP
                                                333 Bush St., Suite 1100
                                                San Francisco, CA 94104
                                                415.362.2580
                                                415.434.0882
                                                Christopher.nevis@lewisbrisbois.com
                                                Jonathan.kepko@lewisbrisbois.com

                                                Attorneys for Third Party Defendant
                                                TOP NOTCH COLLISION, LLC

STIPULATION OF VOLUNTARY DISMISSAL OF COUNT ONE AND [PROPOSED] ORDER - Case No. 3:15-cv-05245-RS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  3/1/16

_____
Richard Seeborg
United States District Judge

**ATTESTATION OF CONCURRENCE**

Pursuant to Local Rule 5-1(i), I hereby attest that Jonathan G. Kepko, counsel of record for Third Party Defendant Top Notch Collision, LLC, has concurred in this filing.

_____*/s/ Holly Gaudreau*_____
Holly Gaudreau